## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN W. HOLLAWELL, BARBARA A. HOLLAWELL** | : | **CIVIL ACTION** |
| | : | |
| | : | |
| **v.** | : | **NO.  25-4786** |
| | : | |
| **TARGET CARD SERVICES** | : | |

## <u>ORDER</u>

**AND NOW**, this 10th day of July 2026, upon considering defendant's motion to dismiss (DI 27), plaintiffs' opposition (DI 28), defendant's reply (DI 29), and for reasons in the accompanying memorandum, it is **ORDERED** defendant's motion to dismiss (DI 27) is **GRANTED** with prejudice because amendment would be futile.  The Clerk of Court shall **close** this case.

_____
**MURPHY, J.**